**BOIES SCHILLER FLEXNER LLP**
Mark C. Mao (Bar No. 236165)
mmao@bsfllp.com
Joshua Michelangelo Stein (Bar No. 298856)
jstein@bsfllp.com
44 Montgomery St., 41st Floor
San Francisco, CA 94104
Tel.: (415) 293-6800
Fax: (415) 293-6899

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID L. GREENE<br><br>                    Plaintiff,<br><br>    v.<br><br>GOOGLE LLC, and ALPHABET INC.,<br><br>                    Defendants. | Case No. 3:26-cv-01773-CRB<br><br>**PLAINTIFF DAVID L. GREENE'S STATEMENT OF NON-OPPOSITION TO DEFENDANTS GOOGLE LLC AND ALPHABET INC.'S SECOND MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT**<br><br>Dept:        Courtroom 6- 17th Floor<br>Judge:       Hon. Charles R. Breyer<br><br>Complaint Filed:        January 23, 2026<br><br>Action Removed:        March 2, 2026<br><br>Trial Date:    None Set<br><br>**DEMAND FOR JURY TRIAL** |

Plaintiff submits this statement of non-opposition in response to Google's request for a second extension.

Google sought to confirm Plaintiff's position as to the substance and timing of Plaintiff's response to Google's removal of his state court case. *See* Dkt. 18, Exhibit C; *see generally* Dkt. 18. As that record also reflects, Plaintiff continues to assess those options in light of Google's failure to respond to Plaintiff's request for information related to the identity of a "voice actor" Google alleges it hired. *See id.* That information could impact what makes the most sense for Plaintiff (as well as judicial efficiency and a host of other issues). Nonetheless, Plaintiff has proceeded in good faith to make an assessment within the timeline afforded to Plaintiff. Based on that still ongoing review, Plaintiff currently plans to file a Motion to Remand before amending its complaint and plans to do so on or before April 1, 2026.

Google itself drafted the order language that the Court adopted in granting it the first extension. *See* Dkt. 17. As Plaintiff reads it, the same order suggests that Google's request is unnecessary, and Plaintiff informed Google that Plaintiff did not read the Order the way Google did to require that Plaintiff decide how to proceed before March 30. Dkt. 18, Ex. C. Google did not respond to that email and filed its Motion.

By Plaintiff's reading, the Order language uses the phrase the "later," which, at least to Plaintiff, implies that March 30 was not a deadline *unless* Plaintiff both amended his complaint *and* moved to remand.[1] *Id*. To the extent Google's choice of language was lacking in clarity, Google's attempt to force Plaintiff to confirm a course of action by Monday was not tenable for the reasons detailed *supra*.

Plaintiff once again expresses full confidence in this Court's ability to make the best decision for the parties and the Court.

---

[1] On March 9, 2026, this Court ordered the following: "Defendants shall respond to Plaintiff's complaint and/or file any motion directed to the pleading no later than twenty-one (21) days after the filing of Plaintiff's amended complaint; this Court's adjudication of Plaintiff's motion to remand; or March 30, 2026, whichever is later."

OPPOSITION TO DEFENDANT'S MOTION FOR SECOND EXTENSION TO RESPOND TO COMPLAINT

Dated: March 25, 2026                    Respectfully Submitted,

                                         **BOIES SCHILLER FLEXNER LLP**

                                         _s/ Joshua Michelangelo Stein_____
                                         Joshua Michelangelo Stein

                                         Mark C. Mao, CA Bar No. 236165
                                         mmao@bsfllp.com
                                         Joshua Michelangelo Stein, CA Bar No.298856
                                         jstein@bsfllp.com
                                         **BOIES SCHILLER FLEXNER LLP**
                                          44 Montgomery St., 41st Floor
                                         San Francisco, CA 94104
                                         Tel.: (415) 293-6800
                                         Fax: (415) 293-6899

                                         _Attorneys for Plaintiff_

OPPOSITION TO DEFENDANT'S MOTION FOR SECOND EXTENSION TO RESPOND TO COMPLAINT