KEKER, VAN NEST & PETERS LLP
MICHELLE YBARRA - # 260697
mybarra@keker.com
SARAH SALOMON - # 308770
ssalomon@keker.com
SANA A. SINGH - # 342614
ssingh@keker.com
ELEANOR F. BROCK - # 346681
ebrock@keker.com
YEGINA WHANG - # 350287
ywhang@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:    415 391 5400
Facsimile:    415 397 7188

Attorneys for Defendants
GOOGLE LLC and ALPHABET INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| DAVID L. GREENE,<br><br>Plaintiff,<br><br>v.<br><br>GOOGLE LLC and ALPHABET INC.,<br><br>Defendants. | Case No. 3:26-cv-01773-CRB<br><br>[~~PROPOSED~~] ORDER GRANTING MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT<br><br>Dept:        Courtroom 6 – 17th Floor<br>Judge:      Hon. Charles R. Breyer<br><br>Complaint Filed:       January 23, 2026<br><br>Action Removed:       March 2, 2026<br><br>Trial Date:  None Set |
| --- | --- |

6095230

Having considered Defendants Google LLC and Alphabet Inc.'s ("Defendants") motion, the Court hereby GRANTS Defendants' request to enlarge time to respond to Plaintiff's complaint and/or file any motion directed to the pleading. Defendants shall respond to Plaintiff's complaint and/or file any motion directed to the pleading no later than twenty-one (21) days after this Court's adjudication of Plaintiff's motion to remand. If Plaintiff does not file a motion to remand by April 1, 2026, Defendants shall respond to Plaintiff's complaint and/or file any motion directed to the pleading no later than April 24, 2026.

IT IS SO ORDERED.

Dated: March 26, 2026

_____
HON. CHARLES R. BREYER
UNITED STATES DISTRICT COURT JUDGE