KEKER, VAN NEST & PETERS LLP
MICHELLE YBARRA - # 260697
mybarra@keker.com
SARAH SALOMON - # 308770
ssalomon@keker.com
SANA A. SINGH - # 342614
ssingh@keker.com
ELEANOR F. BROCK - # 346681
ebrock@keker.com
YEGINA WHANG - # 350287
ywhang@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:    415 391 5400
Facsimile:    415 397 7188

Attorneys for Defendants
GOOGLE LLC and ALPHABET INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DAVID L. GREENE,<br><br>                 Plaintiff,<br><br>          v.<br><br>GOOGLE LLC and ALPHABET INC.,<br><br>                 Defendants. | Case No. 3:26-cv-01773-CRB<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS GOOGLE LLC AND ALPHABET INC.'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT**<br><br>Date:          June 12, 2026<br>Time:          10:00 a.m.<br>Dept:          Courtroom 6 – 17th Floor<br>Judge:        Hon. Charles R. Breyer<br><br>Complaint Filed:        January 23, 2026<br><br>Action Removed:        March 2, 2026<br><br>Trial Date:  None Set |

6033112

**[PROPOSED] ORDER**

Defendants Google LLC and Alphabet Inc. (collectively, "Defendants") bring a Motion to Dismiss the Complaint filed by Plaintiff David L. Greene, under the complete preemption doctrine and for failure to state a claim upon which relief can be granted under Federal Rule of Civil Procedure 12(b)(6).

Having considered the papers submitted by counsel, the applicable law, all files and records in this action, and the arguments of counsel, and good cause appearing, the Court hereby **GRANTS** Defendants' Motion to Dismiss and dismisses the Complaint in full.

**IT IS SO ORDERED.**

Dated: _____

_____
HON. CHARLES R. BREYER
UNITED STATES DISTRICT COURT JUDGE

6033112