**BOIES SCHILLER FLEXNER LLP**
Mark C. Mao (Bar No. 236165)
mmao@bsfllp.com
Joshua Michelangelo Stein (Bar No. 298856)
jstein@bsfllp.com
Jake A. Glendenning, (Bar No. 345463)
jglendenning@bsfllp.com
44 Montgomery St., 41st Floor
San Francisco, CA 94104
Tel.: (415) 293-6800
Fax: (415) 293-6899

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID L. GREENE<br><br>                    Plaintiff,<br><br>    v.<br><br>GOOGLE LLC, and ALPHABET INC.,<br><br>                    Defendants. | Case No. 3:26-cv-01773-CRB<br><br>**PLAINTIFF DAVID L. GREENE'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF PLAINTIFF'S MOTION TO REMAND**<br><br>Date:         June 12, 2026<br>Time:        10:00 a.m.<br>Dept:        Courtroom 6 – 17th Floor<br>Judge:       Hon. Charles R. Breyer<br><br>[Concurrently filed with Notice of Motion to Remand; Memorandum of Points and Authorities In Support of Motion to Remand; and [Proposed] Order Granting Motion to Remand]<br><br>Complaint Filed:         January 23, 2026<br><br>Action Removed:         March 2, 2026<br><br>**DEMAND FOR JURY TRIAL** |

PLAINTIFF'S REQUEST FOR JUDICIAL NOTICE ISO MOTION TO REMAND
CASE NO. 3:26-cv-01773-CRB

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Plaintiff David L. Greene ("Plaintiff") requests, pursuant to Rule 201 of the Federal Rules of Evidence, that the Court take judicial notice of the following document in support of Plaintiff's Motion to Remand.

Rule 201(c)(2) allows a court to "take judicial notice if a party requests it and the court is supplied with the necessary information." Judicial notice is appropriate where a fact is not subject to reasonable dispute because it can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned. Rule 201(b)(2). Courts often grant judicial notice of news articles. *See, e.g., Von Saher v. Norton Simon Museum of Art at Pasadena,* 592 F.3d 954, 960 (9th Cir. 2010) *(*granting judicial notice of "various newspapers, magazines, and books . . . ."); *Grill v. Lincoln Nat'l Life Ins. Co.,* 2014 WL 12588652, at *3 (C.D. Cal. June 3, 2014) (granting judicial notice of *Washington Post* article, among others).

1.  February 15, 2026 *Washington Post* article titled "He spent decades perfecting his voice. Now he says Google stole it[,]" available at https://www.washingtonpost.com/technology/2026/02/15/david-greene-google-ai-podcast/, a true a true and correct copy of which is attached hereto as **Exhibit A.**

Dated: April 29, 2026                    Respectfully Submitted,

                                         **BOIES SCHILLER FLEXNER LLP**

                                          */s/ Joshua Stein*
                                         Joshua Michelangelo Stein

                                         Mark C. Mao, CA Bar No. 236165
                                         mmao@bsfllp.com
                                         Joshua Michelangelo Stein, CA Bar No.298856
                                         jstein@bsfllp.com
                                         **BOIES SCHILLER FLEXNER LLP**
                                          44 Montgomery St., 41st Floor
                                         San Francisco, CA 94104
                                         Tel.: (415) 293-6800
                                         Fax: (415) 293-6899

                                         *Attorneys for Plaintiff*

1