**BOIES SCHILLER FLEXNER LLP**
Mark C. Mao (Bar No. 236165)
mmao@bsfllp.com
Joshua Michelangelo Stein (Bar No. 298856)
jstein@bsfllp.com
Jake A. Glendenning, (Bar No. 345463)
jglendenning@bsfllp.com
44 Montgomery St., 41st Floor
San Francisco, CA 94104
Tel.: (415) 293-6800
Fax: (415) 293-6899

***Attorneys for Plaintiff***

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID L. GREENE<br><br>Plaintiff,<br><br>v.<br><br>GOOGLE LLC, and ALPHABET INC.,<br><br>Defendants. | Case No. 3:26-cv-01773-CRB<br><br>**ADMINISTRATIVE MOTION TO STAY BRIEFING AND HEARING ON DEFENDANTS' MOTION TO DISMISS PENDING PLAINTIFF'S MOTION TO REMAND**<br><br>Dept:      Courtroom 6 – 17th Floor<br>Judge:      Hon. Charles R. Breyer<br><br>Complaint Filed:      January 23, 2026<br><br>Action Removed:      March 2, 2026<br><br>**DEMAND FOR JURY TRIAL** |

Pursuant to N.D. Cal. Civil Local Rule 7-11, Plaintiff David Greene respectfully moves the Court for an order staying the briefing and hearing on Defendants' Motion to Dismiss (ECF 21) pending resolution of Plaintiff's Motion to Remand (ECF 23). Plaintiff attempted to seek stipulation from Defendants, but Defendants declined. *See* Declaration of Joshua M. Stein.

1. On April 24, 2026, Defendants filed their Motion to Dismiss Plaintiff's Complaint.

Plaintiff's opposition to the Motion to Dismiss is due on May 8, 2026 under Local Rule 7-3(a).

2. Plaintiff gave Defendants the full opportunity to submit their Motion to Dismiss so that Plaintiff could consider any additional basis for removal not yet raised. Plaintiff has since reviewed Defendants' Motion to Dismiss and confirmed that it raises no new grounds for removal.

3. Accordingly, on April 29, 2026, Plaintiff filed a Motion to Remand.

4. Depending on the disposition of Plaintiff's Motion to Remand, Defendants' pending Motion to Dismiss may be moot. Therefore, it would serve the interest of judicial efficiency to postpone any briefing and hearing on Defendants' Motion to Dismiss until after the resolution of Plaintiff's Motion to Remand.

5. In view of the above, Plaintiff hereby respectfully moves the Court to stay briefing and hearing on Defendants' Motion to Dismiss until the Court decides whether to remand this case. If the Court denies Plaintiff's Motion to Remand, Plaintiff requests six business days from the date of the Court's order to respond to Defendants' Motion to Dismiss.  Plaintiff proposes that Defendants have the normally allotted amount of time to reply to Plaintiff's opposition, as provided by law.

Dated: May 01, 2026                           Respectfully Submitted,

**BOIES SCHILLER FLEXNER LLP**
*/s/ Joshua Stein*
Joshua Michelangelo Stein

Mark C. Mao, CA Bar No. 236165
mmao@bsfllp.com
Joshua Michelangelo Stein, CA Bar No.298856
jstein@bsfllp.com
**BOIES SCHILLER FLEXNER LLP**
 44 Montgomery St., 41st Floor
San Francisco, CA 94104
Tel.: (415) 293-6800
Fax: (415) 293-6899

*Attorneys for Plaintiff*