KEKER, VAN NEST & PETERS LLP
MICHELLE YBARRA - # 260697
mybarra@keker.com
SARAH SALOMON - # 308770
ssalomon@keker.com
SANA A. SINGH - # 342614
ssingh@keker.com
ELEANOR F. BROCK - # 346681
ebrock@keker.com
YEGINA WHANG - # 350287
ywhang@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:    415 391 5400
Facsimile:    415 397 7188

Attorneys for Defendants
GOOGLE LLC and ALPHABET INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID L. GREENE,<br><br>       Plaintiff,<br><br>   v.<br><br>GOOGLE LLC and ALPHABET INC.,<br><br>       Defendants. | Case No. 3:26-cv-01773-CRB<br><br>**[PROPOSED] ORDER DENYING ADMINISTRATIVE MOTION TO STAY BRIEFING ON DEFENDANTS' MOTION TO DISMISS**<br><br>Dept:      Courtroom 6 – 17th Floor<br>Judge:    Hon. Charles R. Breyer<br><br>Complaint Filed:    January 23, 2026<br><br>Action Removed:    March 2, 2026<br><br>Trial Date:  None Set |

The Court hereby DENIES Plaintiff's motion to stay briefing on Defendants Google LLC and Alphabet Inc.'s ("Defendants") Motion to Dismiss. Plaintiff shall respond to Defendants' Motion to Dismiss by the deadline set forth in Civil L.R. 7-3.

IT IS SO ORDERED.

Dated:  May 6, 2026

_____

HON. CHARLES R. BREYER
UNITED STATES DISTRICT COURT JUDGE

1

[PROPOSED] ORDER DENYING ADMINISTRATIVE MOTION TO STAY MOTION TO DISMISS BRIEFING
Case No. 3:26-cv-01773-CRB