

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

450 Golden Gate Avenue

San Francisco, CA 94102

*cand.uscourts.gov*

July 24, 2026

Superior Court of California, County of Santa Clara
191 North First Street,
San Jose, CA 95113

RE:  David L. Greene v.  Google LLC, et al.
        26-cv-01773-CRB

Your Case Number:  26CV485291

Dear Clerk,

Pursuant to an order remanding the above captioned case to your court, transmitted herewith are:

☒  Original and one copy of this letter

☒  Copy of docket entries

☒  Certified copy of Remand Order

☐  Other

Please acknowledge receipt of the above documents on the attached copy of this letter.

Sincerely,

Mark B. Busby, Clerk

by: _____

Case Systems Administrator
415-522-2000